**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GRAPHIC PACKAGING
INTERNATIONAL, INC.,

        Plaintiff,

vs.                                                                                          Case No. 3:10-cv-891-J-99TJC-JBT

C.W. ZUMBIEL CO.,

        Defendant.

## <u>ORDER</u>

This case is before the Court on review of the parties' Case Management Report. A <u>Markman</u> hearing and preliminary pretrial conference are hereby set for **March 18, 2011 at 9:30 a.m.** before the undersigned. In the meantime, the parties shall file their opening claim construction briefs (limited to 25 pages) no later than **February 7, 2011** and any responsive briefs (limited to 20 pages) by **February 21, 2011**. No later than **March 11, 2011**, Zumbiel will identify the prior art it relies upon for its invalidity defense and Graphic will identify a maximum of 20 claims it will assert at trial. The remaining dates will be set by further order of the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of January, 2011.

                                                                         TIMOTHY J. CORRIGAN
                                                                         United States District Judge

js.
Copies:
counsel of record