# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

Graphic Packaging International, Inc.,

        Plaintiff,

-vs-                                          Case No. 3:10-cv-891-J-37JBT

C.W. Zumbiel Co.,

        Defendant.
_____/

## VERDICT FORM

Do you, the jury, find the following:

### FINDINGS ON LITERAL INFRINGEMENT

1.    Has Graphic Packaging proven by a preponderance of the evidence that any of the following asserted claims of the '551 Patent and/or the '003 Patent are literally infringed by the accused Zumbiel cartons (the "Diet 7-Up* carton" and the "Kroger* carton")?

*[NOTE: Please place a "Y" in each blank in the table on the next page which corresponds to a claim that you find is infringed by one of Zumbiel's accused products, or an "N" in each blank that corresponds to a claim that you find is not infringed by one of Zumbiel's accused products.]*

| '551 Patent | Diet 7-Up® Carton | Kroger® Carton | '003 Patent | Diet 7-Up® Carton | Kroger® Carton |
|---|---|---|---|---|---|
| Claim 23 | Y | Y | Claim 1 | N | N |
| Claim 33 | Y | Y | Claim 5 | N | N |
| Claim 52 | N | N | Claim 8 | N | N/A |
| Claim 54 | N | N | Claim 9 | N | N |
| Claim 55 | N | N | Claim 10 | N/A | N |
| Claim 58 | N | N | Claim 11 | N/A | N |
| Claim 60 | N | N | Claim 12 | N | N |
| | | | Claim 14 | N | N |
| | | | Claim 21 | N | N |
| | | | Claim 23 | N | N |
| | | | Claim 29 | N | N |
| | | | Claim 30 | N/A | N |
| | | | Claim 31 | N/A | N |

## FINDINGS ON INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS

2. Has Graphic Packaging proven by a preponderance of the evidence that any of the following asserted claims of the '551 Patent and/or the '003 Patent are infringed under the Doctrine of Equivalents by the accused Zumbiel cartons (the "Diet 7-Up® carton" and the "Kroger® carton")?

*[NOTE: Please place a "Y" in each blank in the following table that corresponds to a claim that you find is infringed by one of Zumbiel's accused products, or an "N" in each blank that corresponds to a claim that you find is not infringed by one of Zumbiel's accused products.]*

| '551 Patent | Diet 7-Up® Carton | Kroger® Carton | '003 Patent | Diet 7-Up® Carton | Kroger® Carton |
|---|---|---|---|---|---|
| Claim 52 | ~~Y~~ N | ~~Y~~ N | Claim 1 | N | N |
| | | | Claim 14 | N | N |
| | | | Claim 21 | N | N |
| | | | Claim 23 | N | N |

## FINDINGS ON CONTRIBUTORY INFRINGEMENT

3. Has Graphic Packaging proven by a preponderance of the evidence that Zumbiel contributed to another's infringement of any of the following asserted claims of the '551 Patent and/or the '003 Patent?

*[NOTE: If you did not find that Zumbiel infringed any of the asserted claims of the '551 Patent and/or the '003 Patent in Questions 1 or 2, then you may not find that Zumbiel contributed to another's infringement. Please indicate whether you find that Zumbiel contributed to another's infringement by placing a "Y" in the blank for yes, or an "N" in the blank for no.]*

| '551 Patent | Diet 7-Up® Carton | Kroger® Carton | '003 Patent | Diet 7-Up® Carton | Kroger® Carton |
|---|---|---|---|---|---|
| Claim 23 | N | N | Claim 1 | N | N |
| Claim 33 | N | N | Claim 5 | N | N |
| Claim 52 | N | N | Claim 8 | N | N/A |
| Claim 54 | N | N | Claim 9 | N | N |
| Claim 55 | N | N | Claim 10 | N/A | N |
| Claim 58 | N | N | Claim 11 | N/A | N |
| Claim 60 | N | N | Claim 12 | N | N |
| | | | Claim 14 | N | N |
| | | | Claim 21 | N | N |
| | | | Claim 23 | N | N |
| | | | Claim 29 | N | N |
| | | | Claim 30 | N/A | N |
| | | | Claim 31 | N/A | N |

## FINDINGS ON INVALIDITY

*[NOTE: The following questions regarding invalidity should be answered regardless of your findings in Questions 1, 2 and 3.]*

4. Has Zumbiel proven by clear and convincing evidence that any or all of the following asserted claims of the '551 Patent and/or the '003 Patent are invalid as anticipated?

*[NOTE: You must place a "Y" or "N" in the blank next to each claim listed in the following table. Please place a "Y" in the blank for each claim that you find that Zumbiel has proven invalid as anticipated, or an "N" in the blank for each claim that you find that Zumbiel has not proven invalid as anticipated.]*

| '551 Patent | Y or N | '003 Patent | Y or N |
|---|---|---|---|
| Claim 23 | N | Claim 1 | N |
| Claim 33 | N | Claim 5 | N |
|  |  | Claim 9 | N |
|  |  | Claim 10 | N |
|  |  | Claim 11 | N |
|  |  | Claim 12 | N |
|  |  | Claim 14 | N |
|  |  | Claim 21 | N |
|  |  | Claim 23 | N |
|  |  | Claim 29 | N |
|  |  | Claim 30 | N |
|  |  | Claim 31 | N |

5. Has Zumbiel proven by clear and convincing evidence that any or all of the following asserted claims of the '551 Patent and/or the '003 Patent are invalid as obvious?

*[NOTE: You must place a "Y" or "N" in the blank next to each claim listed in the table*

on the next page. Please place a "Y" in the blank for each claim that you find that Zumbiel has proven invalid as obvious, or an "N" in the blank for each claim that you find that Zumbiel has not proven invalid as obvious.]

| '551 Patent | Y or N | '003 Patent | Y or N |
|---|---|---|---|
| Claim 23 | N | Claim 1 | N/A |
| Claim 33 | N | Claim 5 | N/A |
| Claim 52 | N | Claim 8 | N |
| Claim 54 | N | Claim 9 | N/A |
| Claim 55 | N | Claim 10 | N/A |
| Claim 58 | N | Claim 11 | N/A |
| Claim 60 | N | Claim 12 | N/A |
|  |  | Claim 14 | N/A |
|  |  | Claim 21 | N/A |
|  |  | Claim 23 | N/A |
|  |  | Claim 29 | N/A |
|  |  | Claim 30 | N/A |
|  |  | Claim 31 | N/A |

## FINDINGS ON DAMAGES (IF APPLICABLE)

[NOTE: If you found at least one claim of the '551 Patent or the '003 Patent infringed in Questions 1, 2 or 3, and did not find that particular claim invalid in Questions 4 or 5, please answer Question 6 if the infringed claim is from the '551 Patent or Question 7 if the infringed claim is from the '003 Patent.]

6. What amount of damages, if any, do you unanimously find Graphic Packaging has proven by a preponderance of the evidence for infringement of the '551 Patent?

Answer:   Amount $ ___0___ of lost profits,

OR

Amount $ __1,584.00__ of reasonable royalty.

7. What amount of damages, if any, do you unanimously find Graphic Packaging has proven by a preponderance of the evidence for infringement of the '003 Patent?

**Answer:** Amount $ __N/A__ of lost profits,

OR

Amount $ __N/A__ of reasonable royalty.

## FINDINGS ON WILLFULNESS

*[NOTE: If you found at least one claim of the '551 Patent or the '003 Patent infringed in Questions 1, 2 or 3, and did not find that particular claim invalid in Questions 4 or 5, please answer Question 8 if the infringed claim is from the '551 Patent or Question 9 if the infringed claim is from the '003 Patent.]*

8. Do you unanimously find that Graphic Packaging has proven by clear and convincing evidence that Zumbiel willfully infringed any of the claims in suit of the '551 Patent?

**Answer:** Y ____ or N __✓__

9. Do you unanimously find that Graphic Packaging has proven by clear and convincing evidence that Zumbiel willfully infringed any of the claims in suit of the '003 Patent?

*N/A*

**Answer:** Y _____ or N _____

SO SAY WE ALL this __*18*__ day of __*January*__, 2012.

_____
Foreperson