# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

GRAPHIC PACKAGING
INTERNATIONAL, INC.,

        Plaintiff,

v.                                    Case No:  3:10-cv-891-J-37JBT

C.W. ZUMBIEL CO.,

        Defendant.
_____/

## ORDER

This cause is before the Court on Defendant C.W. Zumbiel, Co.'s Motion Requesting Review of the Clerk's Taxation of the Costs in Graphic Packaging International, Inc.'s Second Amended Bill of Costs (Doc. No. 209) and Plaintiff Graphic Packaging International, Inc's Unopposed Motion Requesting Review of the Clerk's Taxation of Costs Pursuant to its Second Amended Bill of Costs (Doc. No. 211). The United States Magistrate Judge has submitted a report recommending that Defendant's Motion (Doc. No. 209) be granted to the extent that Plaintiff's costs are limited to the agreed-upon amount of $43,684.00 and that Plaintiff is not awarded the disputed amount of $18,959.51. (Doc. No. 217)  The Magistrate Judge also recommends that Plaintiff's Motion (Doc. No. 211) be granted to the extent that Plaintiff's costs bear interest at the rate of 0.12 percent from the judgment date of February 2, 2012.  (*Id.* at 7.)

After an independent review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of

law in the Report and Recommendation (Doc. No. 217). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 217), filed on June 13, 2012, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion Requesting Review of the Clerk's Taxation of the Costs in Plaintiff's Second Amended Bill of Costs (Doc. No. 209), filed on April 23, 2012, is **GRANTED** to the extent that the Clerk's taxation of costs has been reviewed and Plaintiff is awarded only the agreed amount of costs of $43,684.00, but not the disputed additional amount of costs of $18,959.51.

3. Plaintiff's Unopposed Motion to Review Bill of Costs (Doc. No. 211), filed on April 27, 2012, is **GRANTED** to the extent that Plaintiff's costs bear interest at the rate of 0.12 percent from February 2, 2012, the original date of entry of judgment.

**DONE** and **ORDERED** in Jacksonville, Florida on July 16, 2012.

ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record